# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3094
_____

MISTY SALTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Santa Rosa County.
Robert Hilliard, Judge.


May 19, 2026

PER CURIAM.

DISMISSED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Misty Salter, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.